UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

          Plaintiff,          CR. NO.  26-30139

   v.

                                 JUDGE: UNASSIGNED

CLAUDE YINDA KWE,

          Defendant.

_____/

## **APPEARANCE**

To the Clerk of the Court and all parties of record:

Enter my appearance as Counsel in the case for Defendant.  I certify that I am admitted to practice in the Court.

                          Respectfully Submitted,

                          **FEDERAL DEFENDER OFFICE**

                          s/ Benton Martin
                          Attorney for Defendant
                          613 Abbott Street, 5th Floor
                          Detroit, Michigan  48226
                          313-967-5832
                          E-mail: benton_martin@fd.org


Date: June 8, 2026